# United States District Court
## Northern District of Illinois
**Eastern Division**

Richard Scott, et al.                        **JUDGMENT IN A CIVIL CASE**

        v.                                        Case Number: 10 C 3871

Kaneland Community Unit School
District #302, et al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 08/31/12, Defendants' motion for summary judgment [80] is granted in its entirety.

                                Thomas G. Bruton, Clerk of Court

Date: 8/31/2012                              _____Michael Wing_____
                                                   /s/ Michael A. Wing, Deputy Clerk